UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mascelus Houston,

                Plaintiff,

-against-

SSP America, Inc.; and
SSP America KCGI JFK T7 LLC,

                Defendants.

Index No. 1:25-cv-00053-CLP

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendants SSP America, Inc. and SSP America KCGI JFK T7 LLC state as follows:

        1.     Defendant SSP America, Inc. is a corporation incorporated under the laws of the State of California with its principal place of business located in Ashburn, Virginia. SSP America is a division of the SSP Group PLC, which is headquartered in London, England and whose shares are listed on the London Stock Exchange under the symbol SSPG.

        2.     Defendant SSP America KCGI JFK T7 LLC a Delaware limited liability company, and is a majority owned subsidiary of SSP America, Inc.

Dated: February 28, 2025
New York, New York

                                         ***/s/ Paul R. Piccigallo***
                                         Paul Piccigallo
                                         Austin Hee
                                         LITTLER MENDELSON, P.C.
                                         900 Third Avenue
                                         New York, NY 10022.3298
                                         (212) 583-9600

                                         *Attorneys for Defendants SSP America, Inc.*
                                         *and SSP America KCGI JFK T7 LLC*